NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURA SYSTEMS BARRIERS, INC.,**

*Plaintiff-Appellee*

**v.**

**VAN-PACKER CO., JEREMIAS, INC.,**

*Defendants-Appellants*

---

2024-1537

---

Appeal from the United States District Court for the Central District of Illinois in Nos. 1:19-cv-01388-SLD-JEH, 4:20-cv-04069-SLD-JEH, Judge Sara Darrow.

---

## JUDGMENT

---

CHAD EDWARD NYDEGGER, Workman Nydegger, Salt Lake City, UT, argued for plaintiff-appellee. Also represented by RYAN C. MORRIS, BRIAN NELSON PLATT.

GEORGE C. SUMMERFIELD, JR., K&L Gates LLP, Chicago, IL, argued for defendants-appellants. Also represented by NATHAN J. FULLER; COURTNEY NEUFELD, Seattle, WA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST, *Circuit Judge,* and HALL, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Jennifer L. Hall, District Judge, United States District Court for the District of Delaware, sitting by designation.